NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELAINE WELLS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2017-1298

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-16-0206-I-1.

---

**JUDGMENT**

---

MICHAEL D. J. EISENBERG, Law Office of Michael D. J. Eisenberg, Washington, DC, argued for petitioner.

SARA B. REARDEN, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK, KATHERINE M. SMITH, JEFFREY A. GAUGER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 8, 2017         /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                           Clerk of Court